**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY. 11201

DATE: 5/3/10

USDC: 07-4566

CASE NAME:
<u>Valdez v. Laffey Associates et al</u>

JUDGE: Cogan

Dear Mr. Valdez:

In order for the U.S. Court of Appeals to process your Notice of Appeal, a fee of $455.00 must be paid to the Clerk, U.S. District Court.

If you wish the fee to be waived because you cannot afford it, a Request to Proceed In Forma Pauperis is enclosed.

Thank you for your time and consideration in this matter.

Yours truly

Mary Ann McGee
Appeals Clerk