&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653014461
Cashier ID: bharris
Transaction Date: 05/03/2010
Payer Name: JULIO CESAR VALDEZ
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JULIO CESAR VALDEZ
 Case/Party: D-NYE-1-07-CV-004566-000
 Amount:        $455.00
----------------------------------
CASH
 Amt Tendered:  $455.00
----------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00