**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of September, two thousand and ten.

_____

JULIO CESAR VALDEZ,

      *Plaintiff- Appellant*,

    v.

LAFFEY ASSOCIATES, COLDWELL BANKER LAFFEY ASSOCIATES, BARBARA ARMAS-CORONADO, NERVIN CORONADO, EMMETT LAFFEY,

      *Defendants-Appellees.*

_____

**ORDER**

Docket No.: 10-1740

    The appellant filed a Notice of Appeal in the above-referenced matter. The Court mailed instructional forms to appellant on July 2, 2010, which instructed appellant how submit a scheduling notification letter indicating the date by which the brief will be filed. Appellant has failed to submit a scheduling notification letter. Upon consideration thereof,

    IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), appellant's brief must be filed on or before **October 25, 2010.** The appeal may be dismissed without further notice if appellant defaults in filing a brief.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
By:

Judy Pisnanont, Motions Staff Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 2/23/11**

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit